THE PFOPLE OF THE STATE OF NEW YORK ex rel. ANNA BERNHARD, Respondent, *v.* JOHN MILLER, Appellant.

*Appeal — order of Appellate Division affirming judgment of Court of Special Sessions affirming judgment of Magistrate's Court — appeal to Court of Appeals dismissed.*

*People ex rel. Bernhard* v. *Miller* 208 App. Div. 843, appeal dismissed. (Argued February 26, 1925; decided March 31, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1924, which unanimously affirmed a judgment of the Court of Special Sessions affirming a judgment of a Magistrate's Court in the city of New York convicting the defendant of reckless driving.

*Charles E. Le Barbier* for appellant.

*Joab H. Banton, District Attorney* (*William B. Moore* of counsel), for respondent.

Appeal dismissed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.